UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATIONAL ALLIANCE SECURITIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:16-cv-916 |
| THIRD POINT, LLC, | § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff National Alliance Securities, LLC and Defendant Third Point, LLC, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to jointly file this Stipulation of Dismissal and stipulate that the parties have agreed to settlement of their disputes and request the dismissal with prejudice of all claims and causes of action brought, or could have been brought, against each other.  This stipulation terminates the above-captioned action with prejudice.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:   /s/ K. Patrick Babb
      Mark A. Goodman
      State Bar No. 08156920
      E-mail: mark.goodman@foxrothschild.com
      K. Patrick Babb
      State Bar No. 24077060
      E-mail: pbabb@foxrothschild.com
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas  75240
(972) 991-0889
(972) 404-0516 – Fax
**ATTORNEYS FOR PLAINTIFF**

**ARNOLD & PORTER, LLP**

By: /s/ Christopher M/. Odell
    Christopher M. Odell
    Texas Bar No. 24037205
    Amanda Thomson
    Texas Bar No 24082376
Bank of America Center
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Phone: (713) 578-2401
Fax: (713) 578-2499
christopher.odell@aporter.com
amanda.thomson@aporter.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served on counsel of record for Defendant in accordance with the Federal Rules of Civil Procedure on December 15, 2016.

Christopher M. Odell
Amanda S. Thomson
Bank of America Center
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Phone: (713) 578-2401
Fax: (713) 578-2499
christopher.odell@aporter.com
amanda.thomson@aporter.com

Susan L. Shin
399 Park Avenue
New York, NY 10022-4690
Phone: (212) 715-1000
Fax: (212) 715-1399
susan.shin@aporter.com

      /s/ K. Patrick Babb
      K. Patrick Babb